IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   14-cv-01400-PAB-KMT | Date:   December 4, 2014 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| IN RE THE APPLICATION OF ANTHONY LEIGH STEAD, | Miranda Rogers
John Cadkin |
| Plaintiff, | |
| v. | |
| DAVINA MENDUNO, | Andrew Helm
Nathaniel Barker |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**1:36 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Mr. Helm informs the Court that the requests for admission in dispute have been resolved.

Discussion and argument regarding Petitioner's financial situation, affirmative defense of grave risk based on financial circumstances, Judge Brimmer's Order [43], identification of employers, Mr. Stead's deposition testimony and his employment log.

Court finds Interrogatory No. 5 is irrelevant.

**ORDERED:   Respondent's Motion to Compel Discovery Responses [36] is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as to Interrogatory No. 8 and Request for Production No. 1.  Petitioner shall produce his signed supplemental response to Interrogatory No. 8 and responsive documents relied on to comply with Interrogatory No. 8, as discussed, on or before December 12, 2014.  To the extent the Petitioner relies**

          **upon a Day Planner or other calendar, that shall not be produced.  The motion is DENIED in all other respects.**

**2:08 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:32

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.