**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01400-PAB-KMT

IN RE THE APPLICATION OF ANTHONY LEIGH STEAD,

    Plaintiff/Petitioner,

v.

DAVINA MENDUNO,

    Defendant/Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 58] of United States District Judge Philip A. Brimmer entered on December 29, 2014, it is

**ORDERED** that petitioner Anthony Leigh Stead's Petition for Return of the Child [Docket No. 1] is **GRANTED**. It is further

**ORDERED** that respondent shall ensure that A.C.S. is returned to New Zealand on a flight departing on or before January 15, 2015. It is further

**ORDERED** that petitioner's request for costs is **GRANTED IN PART**. Within fourteen days of this Order, petitioner shall file with the Clerk of Court a bill of costs. Such bill of costs is to include those costs associated with petitioner's airfare to and from the United States for the December 18-19, 2014 evidentiary hearing. To the extent petitioner seeks any costs other than airfare, such request is **DENIED**. It is

further

    **ORDERED** that this case is closed in its entirety.

Dated at Denver, Colorado this 29th day of December, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    s/Jennifer Hawkins

    Jennifer Hawkins
    Deputy Clerk