IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01400-PAB-KMT

IN RE THE APPLICATION OF ANTHONY LEIGH STEAD,

    Plaintiff/Petitioner,

v.

DAVINA MENDUNO,

    Defendant/Respondent.

## AMENDED ORDER

    This matter comes before the Court on the parties' Consent Motion to Modify Court's Judgment and Orders [Docket No. 60].  After a hearing held on December 18-19, 2014, the Court granted petitioner Anthony Leigh Stead's Petition for Return of the Child [Docket No. 1] ("Order").  The Court ordered respondent to return to New Zealand with the child on a flight on or before January 15, 2015 and ordered respondent to pay petitioner's airfare to and from the hearing.  On December 29, 2014, the Court issued an Order that detailed its factual and legal findings in this matter.  Docket No. 58.  The Clerk of Court entered a final judgment on December 29, 2014.  Docket No. 59.

    The parties have reached an agreement whereby, in exchange for respondent waiving her right to appeal the Court's Order as well as any other order entered in this matter, petitioner agrees to waive his right to seek reimbursement for airfare to and from the December 18-19 hearing.  *See* Docket No. 60.

    The Court, having reviewed the parties' jointly-filed motion, finds good cause to

modify the Order and Final Judgment in this case.  Wherefore, it is

**ORDERED** that petitioner Anthony Leigh Stead and respondent Davina Menduno's Consent Motion to Modify Court's Judgment and Orders [Docket No. 60] is **GRANTED**.  It is further

**ORDERED** that the Court's prior order [Docket No. 58] is superseded by this order.  It is further

**ORDERED** that respondent Davina Menduno shall return with A.C.S. to New Zealand on a flight leaving the United States on or before January 31, 2015.  It is further

**ORDERED** that both parties shall bear their own costs in this matter.  It is further

**ORDERED** that an amended final judgment shall be entered in this matter consistent with this amended order.  It is further

**ORDERED** that, except as amended by this order, the Court's prior order on petitioner Anthony Leigh Stead's Petition for Return of the Child [Docket No. 58] remains in effect.  It is further

**ORDERED** that this case is closed.

DATED December 31, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge