**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01400-PAB-KMT

IN RE THE APPLICATION OF ANTHONY LEIGH STEAD,

    Plaintiff/Petitioner,

v.

DAVINA MENDUNO,

    Defendant/Respondent.

---

**AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) and 60(b), the following Amended Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 58] and Amended Order [Docket No. 61] of United States District Judge Philip A. Brimmer, it is

**ORDERED** that petitioner Anthony Leigh Stead's Petition for Return of the Child [Docket No. 1] is **GRANTED**. It is further

**ORDERED** that respondent shall ensure that A.C.S. is returned to New Zealand on a flight departing on or before January 31, 2015. It is further

**ORDERED** that each party shall bear its own costs in this matter. It is further

**ORDERED** that this case is closed in its entirety.

Dated at Denver, Colorado this 31st day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Jennifer Hawkins

Jennifer Hawkins
Deputy Clerk